[No. 3466–6–III.   Division Three.   May 12, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS H.
SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for
Klickitat County, No. C–1749, Ted Kolbaba, J., entered
May 11, 1979. *Affirmed* by unpublished opinion per

McInturff, C.J., concurred in by Munson and Roe, JJ.